# CERTIFICATE OF SERVICE

AND NOW, this 23rd day of March 2022, I, Jeremy A. Donham, Esquire, of Donham Law, certify that I attached a true and correct copy of the foregoing document by the Court's ECF system as follows:

       May Mon Post, Esquire
       Bunker Ray
       436 Walnut Street WA01A
       Philadelphia, PA 19106
       **Maymon.post@bunkerray.com**

       DONHAM LAW

Date: March 23, 2022    By:   */s/ Jeremy A. Donham, Esq*
       Jeremy A. Donham, Esq (# 206980)
       P.O. Box 487
       Dellslow, WV 26531
       (717) 881-7855
       J.Donham@Donhamlaw.com

       THE HOBBS LAW FIRM

       Charles J. Hobbs, Esq. (#209321)
       256 E. Market Street
       York, PA 17403
       717.793.2398 Telephone
       chobbs@thehobbslawfirm.com

       *Counsel for Plaintiff*