# CERTIFICATION OF COMPLIANCE

The Brief contains 980 words, not including the Title Page, Certification page, and Certificate of Compliance page and proposed Order. Certification is reliant on the word count tool of the word processor used to prepare the Brief.

*/s/ Jeremy A. Donham*
Jeremy A. Donham, Esquire
