IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS ROOS, JR.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No.   21-1556-YK |
| | ) |
| **PEOPLESHARE, LLC** | ) |
| | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dennis Roos, Jr. and PeopleShare, LLC constituting all of the parties of record in the above-captioned action, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the action in its entirety and with prejudice.  Plaintiff and Defendant will bear their own attorney's fees and costs.

Respectfully submitted this <u>4th</u> day of April 2022.

DONHAM LAW

*/s/ Jeremy A. Donham, Esquire*
_____
Jeremy Donham, Esquire (# 206980)
P.O. Box 487
Dellslow, WV 26531
J.Donham@Donhamlaw.com
Telephone: (717) 881-7855

Bunker & Ray

*/s/ May Mon Post, Esq*
_____
May Mon Post, Esquire (# 90154)
436 Walnut St. # WA01A
Philadelphia, PA 19106
MayMon.Post@BunkerRay.com
Telephone:  (215) 845-6154
*Counsel for Defendant*

THE HOBBS LAW FIRM

*/s/ Charles J. Hobbs, Esq.*
Charles J. Hobbs, Esq. (#209321)
256 E. Market Street
York, PA 17403
Telephone 717.793.2398
chobbs@thehobbslawfirm.com

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS ROOS, JR.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No.   21-1556-YK |
| | ) |
| **PEOPLESHARE, LLC** | ) |
| | |
| **Defendant.** | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of April 2022, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL** was electronically filed and may be viewed and downloaded from the ECF System.

                                           **DONHAM LAW**

                                           */s/ Jeremy Donham*
                                           Jeremy Donham
                                           *Counsel for Plaintiff*

Dated: April 4, 2022